MANRY *v*. FARMERS BANK OF FORSYTH.

HILL, J. The verdict directed was the only one which could legally have been found under the pleadings and the evidence; and the court did not err in refusing an injunction and in overruling the motion for new trial. This case is distinguishable from *Doyal* v. *Moultrie Banking Co.*, 163 *Ga.* 140 (135 S. E. 501), and *McDuffie* v. *Merchants Bank*, 168 *Ga.* 231 (147 S. E. 111), which rested upon a different basis.

*Judgment affirmed. All the Justices concur.*

No. 9016. NOVEMBER 17, 1932.

*B. H. Manry,* for plaintiff.
*Willingham & Willingham,* for defendant.